IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
NOV 17 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 10-30202 - WDS |
| vs. ) | |
| ) | Title 21, United States Code, Sections |
| LARRY DARNELL YOUNG, ) | 841 (a)(1) and (b)(1)(A)(iii) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Possession with Intent to Distribute Cocaine base**

On or about July 13, 2010, in Madison County, Illinois, within the Southern District of Illinois,

**LARRY DARNELL YOUNG,**

defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing cocaine base, in the form commonly known as "crack cocaine," a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(iii).

A TRUE BILL

_____
FOREPERSON

_____
NICOLE E. GOROVSKY
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention