## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY DARNELL YOUNG, )<br>)<br>Defendant. ) | NO. 10-CR-30202-WDS |

### O R D E R

**STIEHL, District Judge:**

Before the Court is a motion of defense counsel to amend Administrative Order No. 148 to allow the office of the Federal Public Defender to file a petition under 28 U.S.C. § 2255 on behalf of defendant Larry Darnell Young to vacate defendant's sentence and resentence him under the Fair Sentencing Act of 2010 pursuant to the provisions of *Dorsey v. United States*, 132 S. Ct. 2321 (2012). Defense counsel represents that he did the work related to the possible § 2255 motion before Administrative Order 148 was entered and that additional costs will not be incurred by the government in the filing of this petition. The Government has indicated that it does not have any objections to this motion.

Upon review of the record, the Court **GRANTS** the defendant's motion and will allow defense counsel to file the §2255 petition on behalf of the defendant instanter. Counsel should file a motion to withdraw the §3582 motion in this criminal case upon the filing of the new civil habeas action.

**IT IS SO ORDERED.**

**DATE:  19 June, 2013**

                                          **/s/  WILLIAM D. STIEHL**
                                              **DISTRICT JUDGE**